PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marc Jones                                                    Cr.: 03-00947-001
PACTS Number: 35244

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 01-12-04

Original Offense: Possession of a Weapon by a Convicted Felon (18 U.S.C § 922)

Original Sentence: 77 months custody and two years supervised release

Type of Supervision: Supervised release                  Date Supervision Commenced: 03-18-09

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows. The removal of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

The offender underwent an evaluation within the U.S. Probation Office and it was determined he is not in need of mental health treatment. As such, we are recommending the removal of the mental health special condition.

Respectfully submitted,

By: Kevin M. Villa
U.S. Probation Officer
Date: 05-26-09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

6-3-09
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The removal of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer              Supervised Releasee
Kevin M. Villa                      Marc Jones

_____
5-26-09
DATE