PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Marc Jones      **Docket Number:** 03-00947-001
     **PACTS Number:** 35244

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr., United States District Judge

**Date of Original Sentence:** 01/12/2004

**Original Offenses:** Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. § 922(g)(1)

**Original Sentence:** 77 months imprisonment; 2 years supervised release; $100 special assessment. Special conditions: 1)Drug Testing and Treatment; 2)Alcohol Testing and Treatment; 3)Mental Health Treatment; 4)DNA Collection

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 03/18/2009

**Assistant U.S. Attorney:** Richard E. Constable III, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Donald J. McCauley (AFPD), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

        While at Code-A-Phone, the offender submitted urine samples which yielded positive results for marijuana on December 8, 2009.

        The offender has failed to report to Code-A-Phone program on several occasions throughout the course of supervision. Specifically, the offender failed to report and submit urine samples on May 1, June 10, June 24, July 21, July 29, August 12, August 14, September 1, 2009, as well as March 11, March 30, April 20, and April 27, 2010.

        Additionally, the offender has failed to provide verification of attendance at designated Narcotics Anonymous (NA) meetings as directed.

2.     The offender has violated the supervision condition which states '**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

3.     The offender has failed to submit to alcohol testing on numerous occasions throughout the course of supervision. Specifically, on March 2 through March 4, March 11 through March 15, March 17 through March 23, March 29, March 31 through April 4, April 6 through April 8, and April 10 through April 21, 2010, the offender failed to be present at his primary residence as previously agreed upon enabling the monitoring agency to properly monitor his consumption or lack thereof.

4.     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

        On April 21, 2010, the offender relocated to an undisclosed location and has yet to notify this office of any change in address. As such, his current whereabouts are unknown.

5.     The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

        Since the commencement of supervision, the offender has failed to obtain verifiable employment, despite numerous directives to do so.

6.     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

        Throughout the course of supervision, the offender has failed to submit monthly written reports, despite numerous directives to do so.

I declare under penalty of perjury that the foregoing is true and correct.

By: *Jamel H. Dorsey*
U.S. Probation Officer

Date: 04/29/10

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date